UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 2:24-cr-20498

v.                                       Honorable Susan K. DeClercq
                                               United States District Judge

JAMES ALLEN,

      Defendant.
_____/

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL (ECF No. 39)**

The Government seeks leave to file Exhibits A, B, and C to its sentencing memorandum under seal, all of which relate to a victim in the case. ECF No. 39. The Government says that filing under seal is necessary to protect the victim's privacy. *Id.* Defense counsel does not object. *Id.*

"There is a strong presumption in favor of open judicial records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016). "The burden of overcoming that presumption is borne by the party that seeks to seal them." *Id.* (citing *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001)). In determining whether to seal records, courts must consider "why the interests in support of nondisclosure are compelling, why the interests supporting access are less so, and why the seal itself is no broader than necessary." *Id.* at 306.

After considering the relevant factors, this Court finds that there are compelling reasons to permit the exhibits, which contain sensitive information about the victim, to be filed under seal.

Accordingly, it is **ORDERED** that the Government's Motion for Leave to File Exhibits Under Seal, ECF No. 39, is **GRANTED**. The Government may file unredacted versions of Exhibits A, B, and C to its sentencing memorandum under seal.

**This is not a final order and does not close the above-captioned case**.

Dated: June 9, 2025

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge